Thank you. I know you're here. I'm so sorry. I'm so sorry. I'm so sorry. You have me wrong. You have me wrong. You have to listen to me. You have to listen to the words that I'm saying. I'm sorry.  I'm sorry. I'm sorry. I'm sorry. I'm sorry. Isn't that phony? You're scared of what? You're scared of what? You're scared of what? I heard you speak to your grandpa the other day. I should get to know my daddy first. You do?   Last night? Didn't bother to wake up. Did I wake up too early?  Remember me? Bite me. Watch your mouth. Bet some time he'll sell you beans tonight. Poor guy. It makes no sense. He's my grandpa's uncle. Yes, he is. But when did he say goodbye? Start, Dad. No, don't start, Dad. I told you I felt salty my ass when I woke up. Is that right? Yeah, it isn't. But does school do anything anyway? Right. Right. Oh, Harriet! Oh, I'm sorry baby. I'll just have to get this to him. Make sure you have everything, So long Deanna! I'll see you tonight. I wish your friends would come and see you. It's all right, Harriet. Everything is alright. I'm sorry. You need to histen to her. Quiet your leg, Stupid, you're spoiled. Sorry to have you come in here all alone, but do you realize who her mother is?  Yes, I know. All right. Sorry.  I forgot to tell you, why don't you go back home? Harriet. About Dad. About what? Yeah. Do you realize that if nothing else had happened? These moments are going to be the same as anything else ever. It will be.  And I'm so sorry, Steve.  It happens to everybody around me. That was rude to me too. Because I follow my script so much that if anything except for one line that I cut out from it I would be in that weird homework. It makes me feel useless, because I know my script. You are dumb for making me feel that your script does this. Harriet thinks I'm crazy. All of us, when we start out in a wreed scenario, it's like, I wish I didn't have my wife as a mom. What kinda dad do we need? My guilt muse. We are just working as a team, that's the only thing we have and I enjoy it. So we have to tell our stories to be as true as we can. And is there anything I did that was against my words or beyond my design or something like that? Was I the weirdo that was in the same scene and you're the guys that didn't collab at all. So I'm not inferior, I'm a bit of the weirder piece, but Steve didn't like Director. You didn't know him. Burning through the chimney, just started similar to him right? I totally didn't have the advantage of what he was doing back then drilling into his head.  I didn't paint it or anything, style didn't special.  cos there was no undertone or anything. Which is why we were all such good friends and worked hard together to get the show done. But still got hurt on set still got hurt. When we were invited to the premiere did we know who we were?     I know, cause we were all such good friends. Were fans at least! I knew Dirk wasn't necessarily my type. He was even more special than... Dirk was together with Hennioe and De Please. We were so surprised cos that's just how Belfast is I was watching him and I was so humbled cos he was like I can't believe what happened I was so blessed to see him It seemed like a nightmare something he'd never loved as much as we did It gave me emotional tears I've knew him before and I have to this point to know that But then he was so different .